IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00337-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

JAMIE MCMAHAN,

    Plaintiff,

v.

[NO NAMED DEFENDANTS],

    Defendants.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

    Plaintiff, Jamie McMahan, is in the custody of the Federal Bureau of Prisons at the United States Penitentiary–Administrative Maximum, in Florence, Colorado. Plaintiff, acting *pro se*, initiated this action by filing a Letter with the Court in which he complains about the conditions of his confinement.  The Court has opened a civil action pursuant to 28 U.S.C. § 1331 and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971).

    As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the submitted document is deficient as described in this Order.  Plaintiff will be directed to cure the following if he wishes to pursue his claims in this Court in this action.  Any papers that Plaintiff files in response to this Order must include the civil action number noted above in the caption of this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   xx   is not submitted
2)    ___   is not on a proper Court-approved form (must use the Court's current form)
(3)   ___   is missing affidavit
(4)   xx   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(5)   ___   is missing certificate showing current balance in prison account
(6)   xx   is missing authorization to calculate and disburse filing fee payments
(7)   ___   is missing an original signature by the prisoner
(8)   xx   other: Plaintiff may pay the $400.00 filing fee in lieu of filing a § 1915 motion and affidavit.

**Complaint, Petition or Application**:
(9)    xx   is not submitted (Plaintiff must submit a Prisoner Complaint)
(10)   ___   is not on proper form (must use the Court's current form)
(11)   ___   is missing an original signature by the prisoner
(12)   ___   is missing page nos. ___
(13)   ___   uses et al. instead of listing all parties in caption
(14)   ___   names in caption do not match names in text
(15)   ___   other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days** from the date of this Order. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that the Plaintiff shall obtain the court-approved forms for filing a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. Plaintiff shall use the forms in curing the deficiencies noted. It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** this action will be dismissed without

further notice.

DATED: February 18, 2015, at Denver, Colorado.

BY THE COURT:


s/ Gordon P. Gallagher
United States Magistrate Judge